IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Francis,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Experian Information Solutions, Inc.,<br>an Ohio corporation, et al.,<br><br>　　　　　Defendants. | No.: CV16-01064-PHX DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal as to Defendant Equifax Information Services, LLC. Doc. 46.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 46) is **granted.** Defendant Equifax Information Services, LLC is dismissed with prejudice. Each party to bear its own attorneys' fees and costs included herein. It appearing from the docket that all defendants have now been dismissed, the Clerk of Court is directed to terminate this matter.

Dated this 4th day of October, 2016.

_____
David G. Campbell
United States District Judge